IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ERIC GRANT | : | NO. 09-337 |

## **ORDER**

**AND NOW,** this 19th day of November, 2009, upon consideration of Defendant's Motion to Suppress (Docket No. 16), the Government's response thereto, the parties' supplemental briefing, and the evidentiary hearing and argument held on November 3, 2009, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
-----------------------------
John R. Padova, J.